1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                              No. 2:25-cv-01657-WBS-CSK

     IN RE:  STEVEN WAYNE BONILLA          No. 2:25-cv-01659-WBS-CSK
12

13                                              No. 2:25-cv-01661-WBS-CSK

14                                              No. 2:25-cv-01662-WBS-CSK

15                                              No. 2:25-cv-01664-WBS-CSK

16                                              No. 2:25-cv-01665-WBS-CSK

17                                              No. 2:25-cv-01666-WBS-CSK

18                                              No. 2:25-cv-01670-WBS-CSK

19                                              No. 2:25-cv-01671-WBS-CSK

20                                              No. 2:25-cv-01672-WBS-CSK

21

22                                              **ORDER**

23

24

25          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

26   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

27   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

28   proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

                                              1

1    Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

2    13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

3    the Court to open a new case for each attempted new pleading and assign it to the Court for

4    review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

5    Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

6         The Court has reviewed the complaints/petitions filed in the above-captioned cases and

7    finds they are related to Plaintiff's Alameda County criminal conviction.[1]

8         Accordingly, IT IS HEREBY ORDERED that 2:25-cv-01657, 2:25-cv-01659, 2:25-cv-

9    01661, 2:25-cv-01662, 2:25-cv-01664, 2:25-cv-01665, 2:25-cv-01666, 2:25-cv-01670, 2:25-cv-

10   01671 and 2:25-cv-01672 are DISMISSED; the Clerk of the Court is directed to close these cases.

11   No further filings will be accepted.

12   Dated:  June 25, 2025

13                                              WILLIAM B. SHUBB
                                                UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

---

24   [1] In the caption of 2:25-cv-01662, plaintiff names the Monterey County Superior Court.  In the
     caption of 2:25-cv-01666, plaintiff names the San Joaquin County Superior Court.  In the
25   captions of 2:25-cv-01670 and 2:25-cv-01671, plaintiff names the Alpine County Superior Court.
     In the caption of 2:25-cv-01672, plaintiff names the Kern County Superior Court.  To the extent
26   plaintiff intended to raise the claims raised in these cases in the United States District Court for
     the Eastern District of California, this Court finds that the claims raised in 2:25-cv-01662, 2:25-
27   cv-01666, 2:25-cv-01670, 2:25-cv-01671 and 2:25-cv-01672 are related to Plaintiff's Alameda
     County criminal conviction.
28